```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :        25cv4610(DLC)
In RE GOL Linhas Aereas Inteligentes      :
S.A., et al.                              :           ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 21, 2025, the United States Bankruptcy Court for the Southern District of New York entered an order confirming the debtors' Chapter 11 plan of reorganization (the "Plan"). On May 22, 2025, the bankruptcy court issued an opinion overruling the United States Trustee's objection to confirmation of the Plan. Under the May 21 confirmation order, the Plan's non-debtor release (Article IX.E) and related injunction (Article IX.G) provisions are stayed through June 4, 2025, pursuant to Rule 3020(e), Fed. R. Bankr. P.

On May 29, the Trustee moved in the bankruptcy court to further stay the non-debtor release and related injunction provisions pending the Trustee's appeal. The bankruptcy court held a hearing on the motion on May 30 and denied it.

The Trustee's notice of appeal was docketed in this Court on June 2. Also on that day, the Trustee filed an Emergency Motion to Stay, seeking an order staying the non-debtor release and related injunction provisions of the Plan pending appeal ("Trustee's Motion"). The Trustee's Motion additionally

requested an interim stay pending resolution of the Trustee's Motion. In a separate Ex Parte Motion also filed on June 2, the Trustee requested entry of an order shortening the notice period with respect to the Trustee's Motion, establishing an expedited deadline for objecting to the Trustee's Motion, and scheduling a hearing. It is hereby

ORDERED that an interim stay of the Plan's the non-debtor release and related injunction provisions pending a final decision on the Trustee's Motion is granted until **June 6, 2025.**

IT IS FURTHER ORDERED that any opposition to the Trustee's Motion shall be filed by **June 3, 2025.** Any reply shall be filed by **June 4, 2025.**

IT IS FURTHER ORDERED that a hearing on the Trustee's Motion shall be held on **June 5, 2025 at 11:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         June 3, 2025

_____
            DENISE COTE
   United States District Judge