```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   25cv4610 (DLC)
In Re Gol Linhas Aereas Inteligentes    :
S.A., et al.                            :         ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. Accordingly, it is hereby

ORDERED that the appellant shall file its brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 5, 2025

                                    _____
                                         DENISE COTE
                                  United States District Judge