**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In Re Gol Linhas Aéreas Inteligentes
S.A., et al.


-------------------------------------------------------------------X

25 **CIVIL** 4610 (DLC)

**<u>JUDGMENT</u>**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 1, 2025, the U.S. Trustee's June 2, 2025

appeal is granted. The Bankruptcy Court's May 21, 2025 Confirmation Order is reversed and the

third-party release and corresponding injunction are stricken from the Plan. This case is remanded

for further proceedings.


**Dated:**  New York, New York
　　　　　December 2, 2025

　　　　　　　　　　　　　　　　　　　　　**TAMMI M. HELLWIG**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　**BY:** _____
　　　　　　　　　　　　　　　　　　**Deputy Clerk**